IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-160-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JEREMY ROBERTS, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination from probation. After review of defendant's request and consultation with the United States Probation Office, the court has determined that the defendant has complied with the rules and regulations of his probation and is no longer in need of supervision. Accordingly, the court hereby orders that defendant Jeremy Roberts be discharged from supervision and that the proceedings in this case be terminated.

This 5th day of September 2012.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26